KAREN ASPLUND VELEZ, ESQ. (SBN 142287)
MARK P. VELEZ, ESQ. (SBN 163484)
KELLEN CROWE, ESQ. (SBN 289820)
**THE VELEZ LAW FIRM**
6940 Destiny Drive
Rocklin, California 95677
Telephone:  (916) 774-2720
Facsimile:   (916) 774-2730
velezlaw@live.com

Attorneys for Plaintiff LINDA WARREN

TIMOTHY J. MURPHY, ESQ. (SBN 54200)
ALICE S. WANG, ESQ. (SBN 228351)
DANIEL J. AGUILAR, ESQ. (SBN 256557)
**FISHER & PHILLIPS, LLP**
One Embarcadero Center, Suite 2050
San Francisco, CA 94111
tmurphy@laborlawyers.com
awang@laborlawyers.com
daguilar@laborlawyers.com

Attorneys for Defendants SAM'S WEST, INC. and WAL-MART STORES, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA WARREN, | CASE NO.: 2:12-CV-02315-MCE-EFB |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY CUTOFF** |
| vs. | |
| SAMS WEST, INC. An Arkansas Corporation; WAL-MART STORES, INC. A Delaware Corporation, | |
| Defendants. | |

Whereas on May 9, 2013 the parties attended the mandatory settlement before the Honorable Allison Claire, Magistrate Judge, in Courtroom 26 and the matter did not settle.

Whereas the parties met and conferred regarding a discovery schedule with respect to

1   deposition discovery.   The parties therein determined that due to witness availability and vacation

2   schedules, the non-expert witness discovery order would need to be extended.

3          Whereas plaintiff's counsel Mark Velez and Karen Velez have a pre-paid vacation scheduled

4   from June 17, 2013 through June 27, 2013.

5          Whereas the parties have agreed to extend the non-expert discovery from August 30, 2013

6   to November 15, 2013, so as to accommodate their respective schedules as well as for the

7   convenience of their witnesses and clients.

8          Therefore, it is hereby stipulated by and between the parties, through their counsel of record,

9   that non-expert discovery cut off be extended from August 30, 2013 to November 15, 2013.

10  Dated: June 07, 2013                        FISHER & PHILLIPS, LLP

11

12                                              By: /s/_____
                                                Timothy J. Murphy, Esq.
13                                              Alice S. Wang, Esq.
                                                Daniel J. Aguilar, Esq.
14
    Dated: June 07, 2013                        THE VELEZ LAW FIRM
15

16                                              By: /s/_____
17                                              Karen Asplund Velez, Esq.
                                                Mark P. Velez, Esq.
18

19

20

21

22

23

24

25

26

**THE VELEZ
LAW FIRM**
Attorneys at Law
6940 Destiny Drive
Rocklin, CA 95677

Stip & Order Extending Non-Expert Discovery - Case No.: 2:12-CV-02315-MCE-EFB
2

**ORDER**

Good cause appearing therefore based on the stipulation of the parties, the Court's Pre-Trial Scheduling Order of March 26, 2013 (ECF No.12) is modified such that the non-expert witness discovery will now be completed by November 15, 2013.  All other due dates set forth in the Court's Pre-Trial Scheduling Order are vacated, and an amended Pre-Trial Scheduling Order will issue forthwith.

IT IS SO ORDERED.

Date:  August 07, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**THE VELEZ**
**LAW FIRM**
Attorneys at Law
6940 Destiny Drive
Rocklin, CA 95677

Stip & Order Extending Non-Expert Discovery - Case No.: 2:12-CV-02315-MCE-EFB