1  John L. Beers (SBN 70117)
   Alice S. Wang (SBN 228351)
2  Daniel J. Aguilar (SBN 256557)
   FISHER & PHILLIPS LLP
3  One Embarcadero Center, Suite 2050
   San Francisco, California  94111-3712
4  Telephone:     (415) 490-9000
   Facsimile:     (415) 490-9001
5
6  Attorneys for Sam's West, Inc. and Wal-Mart Stores, Inc.

7                      UNITED STATES DISTRICT COURT

8                      EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| LINDA WARREN,<br><br>            Plaintiff,<br><br>   v.<br><br>SAM'S WEST, INC. A Arkansas Corporation; WAL-MART STORES, INC. A Delaware Corporation<br><br>            Defendant. | Case No.:  2:12-cv-02315-MCE-EFB<br><br>**JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST WAL-MART STORES, INC. AND ORDER**<br><br>Complaint Filed:     September 10, 2012 |

**SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, HEREBY STIPULATE TO THE FOLLOWING**:

**WHEREAS**, Plaintiff Linda Warren ("Plaintiff") filed a Complaint on September 10, 2012 against Defendants Sam's West, Inc. and Wal-Mart Stores, Inc. in the above referenced action;

**WHEREAS**, Defendants Sam's West, Inc. and Wal-Mart Stores, Inc. answered Plaintiff's Complaint on or about October 24, 2012;

**WHEREAS**, counsel for all parties have engaged in discovery regarding the claims in this action;

1  **WHEREAS**, counsel for Plaintiff agrees to dismiss Defendant Wal-Mart Stores, Inc.
2  without prejudice based on the absence of any known substantive legal grounds to assert any
3  claims against Wal-Mart Stores, Inc.
4  **WHEREAS**, the Parties hereby stipulate for dismissal without prejudice that the above-
5  entitled action be dismissed in its entirety against Wal-Mart Stores, Inc. pursuant to Federal
6  Rule of Civil Procedure 41(a)(1).
7  **WHEREAS**, the Parties, Plaintiff and Defendant Wal-Mart Stores, Inc. shall bear their
8  own respective costs and attorney's fees.
9  **THEREFORE**, based on the foregoing, by and through their undersigned attorneys of
10 record, the Parties **HEREBY STIPULATE AND REQUEST** that the Court issue and Order
11 dismissal of all claims against Defendant Wal-Mart Stores, Inc. without prejudice.

13 **IT IS SO STIPULATED**.

15 DATED: October 16, 2013           FISHER & PHILLIPS LLP

17                                  By: /s/Alice S. Wang
                                        John L. Beers
                                        Alice S. Wang
18                                      Daniel J. Aguilar
                                        Attorneys for Defendants
19                                      Sam's West, Inc. and
                                        Wal-Mart Stores, Inc.

22 DATED: October 16, 2013           FISHER & PHILLIPS LLP

23                                  By: /s/Mark Peter Velez
                                        Mark Peter Velez, Esq.
24                                      Karen Asplund Velez, Esq.
                                        Attorneys for Plaintiff
25                                      Linda Warren

**ORDER**

The Court has reviewed the parties' stipulation (ECF No. 24), and the above-entitled action is dismissed in its entirety against Wal-Mart Stores, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

Dated: October 21, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT