KAREN ASPLUND VELEZ, ESQ. (SBN 142287)
MARK P. VELEZ, ESQ. (SBN 163484)
KELLEN CROWE, ESQ. (SBN 289820)
**THE VELEZ LAW FIRM**
6940 Destiny Drive
Rocklin, California 95677
Telephone:  (916) 774-2720
Facsimile:   (916) 774-2730
velezlaw@live.com

Attorneys for Plaintiff LINDA WARREN

JOHN L. BEERS, ESQ. (SBN 70117)
ALICE S. WANG, ESQ. (SBN 228351)
**FISHER & PHILLIPS, LLP**
One Embarcadero Center, Suite 2050
San Francisco, CA 94111
Telephone: (415) 490-9000
Facsimile: (415) 490-9001
tmurphy@laborlawyers.com
awang@laborlawyers.com

Attorneys for Defendants SAM'S WEST, INC. and WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA WARREN,<br><br>         Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC. A ARKANSAS CORPORATION; WAL-MART STORES, INC. A DELAWARE CORPORATION,<br><br>         Defendant | Case No.: 2:12-CV-02315-MCE-EFB<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER** |

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE;   ORDER

CASE NO. 2:12-CV-02315-MCE-EFB

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, the Parties have resolved this matter. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff LINDA WARREN, and Defendants SAM'S WEST, INC. and WAL-MART STORES, INC. (collectively "Defendants") hereby stipulate and request that this action be dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

ACCORDINGLY, the Parties further stipulate that the current trial date and all pre-trial deadlines are moot and should be vacated.

**So stipulated:**

DATED: March 27, 2014                              THE VELEZ LAW FIRM

                                                   By: /s/ Mark P. Velez_____
                                                       Mark P. Velez
                                                       Karen Asplund Velez
                                                       Kellen Crowe
                                                       Attorneys for Plaintiff


DATED: March 27, 2014                              FISHER & PHILLIPS, LLP

                                                   By:  /s/ John L. Beers_____
                                                       John L. Beers
                                                       Alice S. Wang
                                                       Attorney's for Defendants

**ORDER**

Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41, this action is DISMISSED WITH PREJUDICE and the Clerk of the Court is ordered to CLOSE this case.

IT IS SO ORDERED.

Dated:  April 8, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT